# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GUTIERREZ<br><br>       Plaintiff,<br><br>   vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>       Defendant(s). | Case No.: CV 20-5891-GW-JPRx<br><br>**ORDER RE STIPULATION TO DISMISS** |

## ORDER RE STIPULATION TO DISMISS WITH PREJUDICE

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved.  All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 9, 2020

By: *[signature: George H. Wu]*

HON. GEORGE H. WU,
United States District Judge

- 1 -

PROPOSED ORDER